

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00852-CR

Guadalupe Flores **QUIROZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1774
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 11, 2014.

_____
Catherine Stone, Chief Justice